# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 9, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder,
Justices

151824 (33)(34)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                      SC: 151824
                                      COA: 325174

CONRAD ROBERT SCHULTZ,
        Defendant-Appellant.
                                      Wayne CC: 09-018124-FC

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The motion for clarification of this Court's March 31, 2017 order is considered, and it is DENIED.

      WILDER, J., did not participate because he was on the Court of Appeals panel.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 9, 2017



d1107

                                        Clerk